UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Brian Edward Mahoney

     v.                             Civil No. 15-cv-213-LM

FMC Devens, Warden, et al.


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 4, 2015.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: December 1, 2015

cc: Brian Edward Mahoney, pro se
     Seth R. Aframe, Esq.